B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of New Jersey

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cervantes, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**22-3782287** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**24 North Avenue East**<br>**Cranford, NJ**<br>ZIP Code **07016** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Union** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) — Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cervantes, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **24 North Avenue East, LLC** | Case Number: **15-29039** | Date Filed: **10/08/15** |
|---|---|---|
| District: **New Jersey** | Relationship: **Affiliate** | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
    Signature of Attorney for Debtor(s)        (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) **Page 3**

| **Voluntary Petition** | Name of Debtor(s): **Cervantes, Inc.** |
|---|---|

*(This page must be completed and filed in every case)*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Anthony Sodono, III**
Signature of Attorney for Debtor(s)

**Anthony Sodono, III**
Printed Name of Attorney for Debtor(s)

**Trenk, DiPasquale, Della Fera & Sodono, P.C.**
Firm Name

**347 Mount Pleasant Avenue**
**Suite 300**
**West Orange, NJ 07052**
Address

**973-243-8600  Fax: 973-243-8677**
Telephone Number

**October  8, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Hector Alvarez**
Signature of Authorized Individual

**Hector Alvarez**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October  8, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# RESOLUTION OF SPECIAL MEETING OF MEMBERS
# OF CERVANTES, INC.

I hereby certify that at a duly called and special meeting of Cervantes, Inc., a New Jersey corporation (the "Company"), held on the 8th day of October 2015, the following Resolutions were proposed and unanimously adopted by all Members present:

**RESOLVED,** that the officers, members, and general operating manager of the Company, in view of its financial condition, be and are hereby authorized and directed on behalf of the Company, to file a petition under chapter 11 of the Bankruptcy Code and retain the services of counsel and other professionals, as necessary, for the purposes of preparing, filing, and prosecuting a petition under chapter 11, and to take all steps necessary and related thereto, and that Hector Alvarez is hereby authorized to execute the Petition and any other pleadings or documents they deem necessary in connection with the Company's chapter 11 case; and it is further

**RESOLVED,** that the officers, members, and general operating manager of the Company be, and each of them hereby is, authorized and directed in the name and on behalf of the Company, to prepare, execute, issue, deliver, and/or file any and all such further agreements, certificates, instruments, letters, and pleadings and other documents, and to perform any and all such acts, as they may deem necessary or desirable to effectuate fully the foregoing Resolution.

In certification hereof, I do set my hand and seal this 8th day of October 2015.

**CERVANTES, INC.**

By: */s/ Hector Alvarez*
      Hector Alvarez
      President and Sole Shareholder

4817-1256-2473, v. 1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
**District of New Jersey**

In re  **Cervantes, Inc.**   Case No.
Debtor(s)   Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Kabbage**<br>730 Peachtree Street<br>Atlanta, GA 30308 | **Christine Chan**<br>Kabbage<br>730 Peachtree Street<br>Atlanta, GA 30308<br>888-986-8263 | **Trade Debt** | | 50,000.00 |
| **Internal Revenue Service**<br>**Special Procedures Branch**<br>**Attention:  Bankruptcy Section**<br>P.O. Box 744<br>Springfield, NJ 07081-0744 | **Internal Revenue Service**<br>**Special Procedures Branch**<br>**Attention:  Bankruptcy Section**<br>Springfield, NJ 07081-0744 | **Taxes** | | 21,768.00 |
| **World Business Lenders LLC**<br>183 Garibaldi Avenue<br>Lodi, NJ 07644 | **Doug Naidus**<br>World Business Lenders LLC<br>183 Garibaldi Avenue<br>Lodi, NJ 07644<br>800-432-9359 | **Trade Debt** | | 20,000.00 |
| **Strategic Funding Source Inc**<br>124 W 45th Street<br>2nd Floor<br>New York, NY 10036 | **Christine Mascolo**<br>Strategic Funding Source Inc<br>124 W 45th Street<br>2nd Floor<br>New York, NY 10036<br>212-354-1400 | **Trade Debt** | | 14,242.69 |
| **Fox Funding**<br>140 Broadway<br>46th Floor<br>New York, NY 10005 | **Michelle Tewell**<br>Fox Funding<br>140 Broadway, 46th Floor<br>New York, NY 10005<br>212-971-9244 | **Trade Debt** | | 11,628.00 |
| **Mid Atlantic Life Insurance**<br>1800 Route 34<br>Building 2 201<br>Belmar, NJ 07719 | **Legal Department**<br>Mid Atlantic Life Insurance<br>1800 Route 34<br>Building 2 201<br>Belmar, NJ 07719 | **Insurance** | | 8,395.00 |
| **Middlebrooks Shapiro PC**<br>841 Mountain Avenue, 1st Floor<br>Springfield, NJ 07081 | **Melinda D. Middlebrooks**<br>Middlebrooks Shapiro PC<br>841 Mountain Avenue, 1st Floor<br>Springfield, NJ 07081<br>973-218-6877 | **Services** | | 8,392.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Cervantes, Inc.**                                     Case No. _____

　　　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| RJAC & Associates LLC<br>726 Boulevard Suite 26<br>Kenilworth, NJ 07033 | Jesus Mujica<br>RJAC & Associates LLC<br>726 Boulevard Suite 26<br>Kenilworth, NJ 07033<br>908-243-1263 | Trade Debt | | 8,080.50 |
| Los Andres Wine Company<br>205 Campus Drive<br>Kearny, NJ 07032 | Neil Barnett<br>Los Andres Wine Company<br>205 Campus Drive<br>Kearny, NJ 07032<br>973-624-6444 | Trade Debt | | 7,944.00 |
| PSE&G<br>80 Park Plaza, T5D<br>Newark, NJ 07102 | Suzanne Klar<br>PSE&G<br>80 Park Plaza, T5D<br>Newark, NJ 07102<br>973-430-6483 | Services | | 4,636.58 |
| New Jersey, State of<br>Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08695-0245 | New Jersey, State of<br>Division of Taxation<br>Bankruptcy Section<br>Trenton, NJ 08695-0245 | Taxes | | 2,588.00 |
| Grand Sanitation, Inc.<br>1630 S. Second Street<br>Plainfield, NJ 07063 | Richard Golinello<br>Grand Sanitation, Inc.<br>1630 S. Second Street<br>Plainfield, NJ 07063<br>908-222-1566 | Trade Debt | | 2,346.91 |
| EB Express Food Deliveries<br>181 Vanderpool Street<br>Newark, NJ 07114 | Rui Lopes<br>EB Express Food Deliveries<br>181 Vanderpool Street<br>Newark, NJ 07114<br>973-624-5703 | Trade Debt | | 2,245.36 |
| Old World Wines<br>574 Ferry Street<br>Newark, NJ 07102 | Jose Dias<br>Old World Wines<br>574 Ferry Street<br>Newark, NJ 07102<br>973-344-6820 | Trade Debt | | 2,100.00 |
| Leebros Systems LLC<br>40 W. 37th Street, Second Floor<br>New York, NY 10018 | Jason Lee<br>Leebros Systems LLC<br>40 W. 37th Street, Second Floor<br>New York, NY 10018<br>888-533-2761 | Trade Debt | | 1,860.00 |
| Jefferson Printing Service<br>184 Jefferson Street<br>Newark, NJ 07105 | Chris Conant<br>Jefferson Printing Service<br>184 Jefferson Street<br>Newark, NJ 07105<br>973-491-0019 | Trade Debt | | 1,100.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Cervantes, Inc.**  
      Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Elizabethtown Gas**<br>520 Green Lane<br>Union, NJ 07083 | John Cody<br>Elizabethtown Gas<br>520 Green Lane<br>Union, NJ 07083<br>800-242-5830 | Services | | 1,032.09 |
| **CVR Wine Corp**<br>2911 Summit Avenue<br>Union City, NJ 07087 | Frank Veraldi<br>CVR Wine Corp<br>2911 Summit Avenue<br>Union City, NJ 07087<br>201-271-1820 | Trade Debt | | 1,005.00 |
| **Westfield Pest Control**<br>403 Cumberland Street<br>Westfield, NJ 07090 | Robert Blackman<br>Westfield Pest Control<br>403 Cumberland Street<br>Westfield, NJ 07090<br>908-400-8079 | Trade Debt | | 800.00 |
| **State Soda Company**<br>21 Poplar Street<br>East Rutherford, NJ 07073 | Ken Fiorina<br>State Soda Company<br>21 Poplar Street<br>East Rutherford, NJ 07073<br>201-804-5505 | Trade Debt | | 800.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October  8, 2015**          Signature  **/s/ Hector Alvarez**  
                                                **Hector Alvarez**  
                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
**District of New Jersey**

In re **Cervantes, Inc.**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 8, 2015**

**/s/ Hector Alvarez**
**Hector Alvarez**/**President**
Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

.

ABC Produce Inc.
552 Beacon Avenue
Vineland, NJ 08360


American Express Bank, FSB
4315 South 2700 West
Salt Lake City, UT 84184


Cervantes, Inc.
24 North Avenue East
Cranford, NJ 07016


CVR Wine Corp
2911 Summit Avenue
Union City, NJ 07087


EB Express Food Deliveries
181 Vanderpool Street
Newark, NJ 07114


Elizabethtown Gas
520 Green Lane
Union, NJ 07083


Fedway Liquors Company
195 Campus Drive
Kearny, NJ 07032


Fox Funding
140 Broadway
46th Floor
New York, NY 10005


Grand Sanitation, Inc.
1630 S. Second Street
Plainfield, NJ 07063


Hector Alvarez
50 Scheurman Terrace
Warren, NJ 07059


High Grade Beer
PO Box 7092
North Brunswick, NJ 08902

Intergrity Payments
1700 Higgins Road, Suite 690
Des Plaines, IL 60018

Internal Revenue Service
Special Procedures Branch
Attention: Bankruptcy Section
P.O. Box 744
Springfield, NJ 07081-0744

Jefferson Printing Service
184 Jefferson Street
Newark, NJ 07105

John Jay Hoffman, Acting Attorney Genera
Office of the Attorney General
RJ Hughes Justice Complex
25 Market Street, Box 080
Trenton, NJ 08625-0080

Jose Alvarez
50 Scherman Terrace
Warren, NJ 07059

Kabbage
730 Peachtree Street
Atlanta, GA 30308

Kristen Distribution
2 Slater Drive
Elizabethport, NJ 07206

Leebros Systems LLC
40 W. 37th Street, Second Floor
New York, NY 10018

Los Andres Wine Company
205 Campus Drive
Kearny, NJ 07032

Magyar Bank
400 Somerest Street
New Brunswick, NJ 08901

Maria Alvarez
50 Scherman Terrace
Warren, NJ 07059


Mid Atlantic Life Insurance
1800 Route 34
Building 2 201
Belmar, NJ 07719


Middlebrooks Shapiro PC
841 Mountain Avenue, 1st Floor
Springfield, NJ 07081


New Jersey, State of
Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245


Office of Chief Counsel
Internal Revenue Service
SB/SE Division Counsel
One Newark Center, Ste. 1500
Newark, NJ 07102


Old World Wines
574 Ferry Street
Newark, NJ 07102


PSE&G
80 Park Plaza, T5D
Newark, NJ 07102


Richard M. Sasso, Esq.
Warrenville Plaza
31 Mountain Blvd-Bldg W
Warren, NJ 07059-5645


RJAC & Associates LLC
726 Boulevard Suite 26
Kenilworth, NJ 07033


Seamans Import Liquors
41 Montgomery Street
Belleville, NJ 07109

State Soda Company
21 Poplar Street
East Rutherford, NJ 07073


Strategic Funding Source Inc
124 W 45th Street
2nd Floor
New York, NY 10036


Supreme Security
1565 Union Avenue
Union, NJ 07083


The Honorable Loretta E. Lynch
Attorney Geenral of the United States
US Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


The Provident Bank
1000 Woodbridge Center Drive
Woodbridge, NJ 07095


United States Attorney
(for Internal Revenue Service)
970 Broad Street, 5th Fl.
Newark, NJ 07102


Verizon
500 Technology Drive, Suite 550
Weldon Spring, MO 63304


Wells Fargo
420 Montgomery Street
San Francisco, CA 94104


Westfield Pest Control
403 Cumberland Street
Westfield, NJ 07090


Wines Spain Collection
16 US9W
Congers, NY 10920

Wolsey Funding
848 N. Rainbow Blvd. #3531
Las Vegas, NV 89107


World Business Lenders LLC
183 Garibaldi Avenue
Lodi, NJ 07644


Yankee Linen
63 2nd Avenue
Paterson, NJ 07501