Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−29040−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Cervantes, Inc. | 24 North Avenue East, LLC |
| dba Bar America, fdba Cervantes of Spain | 24 North Avenue East |
| 24 North Avenue East | Cranford, NJ 07016 |
| Cranford, NJ 07016 | |

Social Security No.:

Employer's Tax I.D. No.:
22−3782287                                                    20−5395982

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 13, 2017</u>            <u>Stacey L. Meisel</u>
                                        Judge, United States Bankruptcy Court